**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 98-50497
Summary Calendar

RAY LOPEZ REYES,

Petitioner-Appellee,

versus

D.D. SANDERS, Warden, Texas Department
of Criminal Justice, Institutional Division, ET AL.,

Respondents,

GARY L. JOHNSON, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Respondent-Appellant.

Appeal from the United States District Court
for the Western District of Texas
(MO-97-CA-079-F)

November 17, 1999

Before POLITZ, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:*

In this interlocutory appeal, respondents contend that the district court erred in

concluding that the second state post-conviction application filed by Ray Lopez Reyes,

which was dismissed under Tex. Code Crim. Proc. Ann. art. 11.07 § 4, was "properly

filed" as that term is used in 28 U.S.C. § 2244(d)(2).  The trial court ruled that the

---

*Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR.
R. 47.5.4.

challenged filing tolled the limitations under section 2244(d)(1).  We affirm.

We recently ruled that a state post-conviction application, although dismissed as successive or an abuse of the writ under art. 11.07 § 4, which was filed in compliance with the state's procedural requirements, is "properly filed" under section 2244(d)(2).[1]

Accordingly, the trial court did not err and the order appealed is AFFIRMED.

---

[1] **Villegas v. Johnson**, 184 F.3d 467 (5th Cir. 1999).